**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

    **vs.**                    **CRIMINAL NO. 10-30236-DRH**

**ROBERT BROOKS, JR.,**

        **Defendant.**

# ORDER OF FINDING OF NO THIRD-PARTY INTERESTS
# (FINAL ORDER OF FORFEITURE)

**HERNDON, Chief Judge:**

On June 27, 2011, this Court entered an order for forfeiture against defendant Robert Brooks, Jr., for the following property which had been seized from the defendant:

> **One Ruger, Model P95, 9mm semi-automatic handgun, bearing an obliterated serial number, and any and all ammunition seized with the firearm.**

The order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

The court notes that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning December 17, 2011, and ending January 15, 2012, and that no third party filed a petition within 30 days after the last date of the publication to allege an interest in the

property.

Consequently, the court hereby finds, pursuant to 21 U.S.C. § 853(n)(7), that no third-party petitions were filed and that the United States of America has clear title to the above-described property that is the subject of the Order of Forfeiture filed on June 27, 2011, namely:

> **One Ruger, Model P95, 9mm semi-automatic handgun, bearing an obliterated serial number, and any and all ammunition seized with the firearm.**

The Bureau of Alcohol, Tobacco, Firearms and Explosives or the United States Marshal shall dispose of the property according to law. The disposal may, at the discretion of the United States, include the destruction of the property. The destruction may be done at such time and location and by such persons as designated by the United States Marshal or the Bureau of Alcohol, Tobacco, Firearms and Explosives.

**DATE: August 13, 2012**

Digitally signed by David R. Herndon
Date: 2012.08.13 14:59:57 -05'00'

**Chief Judge**
**United States District Court**