IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

**Plaintiff,**

**v.**

**ROBERT BROOKS, JR.,**

**Defendant.** No. 10-30236-DRH

## ORDER

**HERNDON, Chief Judge:**

On September 14, the Court sentenced defendant to 180 months imprisonment for being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g) (Docs. 41 & 44). On May 24, 2012, the Seventh Circuit Court of Appeals issued the Mandate affirming the judgment (Doc. 59).

Now before the Court are three motions filed pro se by defendant: motion to appoint counsel (Doc. 68); motion to stay process for writ of certiorari in order to present clarification of law (Doc. 69) and verified petition for enlargement of time or in the alternative request to file petition for writ of certiorari out of time. The Court **STRIKES** these motions. Upon review of these motions and the record before the Court, it is clear to the Court that these motions should have been filed with the Supreme Court of the United States of America and not with this Court. Presently, there is nothing pending in this criminal matter before this Court. Further, the Court cannot appoint counsel to represent defendant in the Supreme Court nor can the

Court extend the time or stay the process of the writ of certiorari in the Supreme Court. Defendant should re-file these motions with the Supreme Court.

**IT IS SO ORDERED.**

Signed this 13th day of December, 2012.

Digitally signed by David R. Herndon
Date: 2012.12.13 11:30:14 -06'00'

**Chief Judge**
**United States District Court**